JOHN E. KEITH v. CHARLES H. DAY AND ACE TOWN & COUNTRY HARD-WARE STORE, INC.

No. 474PA86

(Filed 3 September 1987)

ON discretionary review of the decision of the Court of Appeals, 81 N.C. App. 185, 343 S.E. 2d 562 (1986), affirming in part and reversing in part a judgment entered by *Lee, J.*, on 15 October 1985 in Superior Court, WAKE County, and remanding for entry of a new judgment. Heard in the Supreme Court on 13 April 1986.

*McMillan, Kimzey, Smith & Roten by James M. Kimzey for plaintiff appellant.*

*Hunter, Wharton & Howell by John V. Hunter, III, for defendant appellees.*

PER CURIAM.

After hearing oral argument and considering the new briefs, the Court concludes that discretionary review was improvidently allowed.

Discretionary review improvidently allowed.

Justice WEBB did not participate in the consideration or decision of this case.